# GOLDBERGER & DUBIN, P.C.

ATTORNEYS AT LAW
401 BROADWAY, NEW YORK, NY 10013
(212) 431-9380
FAX (212) 966-0588
E-MAIL: GND401@AOL.COM
http://www.ny-attorney.com

PAUL A. GOLDBERGER†
LAWRENCE A. DUBIN†*
DAVID M. COLGAN†
STACEY VAN MALDEN†*▫ (of Counsel)

†MEMBER OF NY BAR
*MEMBER OF NJ BAR
▫MEMBER OF FL BAR

April 30, 2008

**Via ECF**

Hon. Peter G. Sheridan
United State District Judge
District Court of New Jersey
30 Walnut Street,
Newark, New Jersey 07102

*So Ordered
Sentencing is
scheduled for
July 30, 2008
at 9:30 AM
[signed] Peter [Sheridan]*

Re:   United States v. Joseph Foglia
      Case No.: 06CR807

Your Honor:

Our firm represents Joseph Foglia in the above-referenced matter. The sentencing is scheduled before Your Honor on May 28, 2008 at 9:30am.

I am writing to request an adjournment of at least 60 days from the sentencing date. I have spoken to AUSA Christopher Kelly and he has consented to this request.

I request this adjournment because I am presently engaged in a trial which is expected to last at least three more weeks and I have been unable to prepare Mr. Foglia's financial disclosure statements as required by Probation.

Thank you for your consideration.

Respectfully,

Paul A. Goldberger, Esq.

PAG/aw

cc:   AUSA Christopher J. Kelly
      United States Attorney's Office
      Peter W. Rodino, Jr. Federal Building
      970 Broad Street, Suite 700
      Newark, New Jersey 07102